UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA;<br><br>    Plaintiff,<br><br>    v.<br><br>JASON LEE GUTHRIE,<br><br>    Defendant. | No. 1:19-cr-02018-SAB<br><br>**ORDER GRANTING STIPULATED MOTION RE: COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND** |

Before the Court are the parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband, ECF No. 25, and related Motion to Expedite, ECF No. 26.

In order to comply with 18 U.S.C. §2509(m) and to allow Defendant the opportunity to prepare an effective defense in preparation for trial, James A. Goeke, Assistant United States Attorney for the Eastern District of Washington, and Defendant, JASON LEE GUTHRIE's attorney, Jennifer R. Barnes, of the Federal Defenders of Eastern Washington and Idaho stipulate to review procedures for child pornography contraband. Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

**ORDER GRANTING STIPULATED MOTION RE: COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND ~ 1**

1. The parties' Stipulated Motion re: Computer Forensic Review Procedures for Child Pornography Contraband, ECF No. 25, is **GRANTED**.

2. The defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to the stipulation and this Order. The defense team agrees that it is forbidden from removing any contraband images from the Government reviewing facility. Defense expert will be allowed to compile a report (without contraband images/videos) documenting the examination on removable media if the case dictates.

3. The parties' Motion to Expedite, ECF No. 26, is **GRANTED**.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 22nd day of May 2019.



_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION RE: COMPUTER FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND ~ 2**